# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:11cr10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| JAMES W. "BILL" BAILEY, JR. ) | |
| ) | |

**THIS MATTER** is before the Court on the Claim for Return of Seized Property, filed by David E. Gable and others on February 18, 2011. [Doc. 17].

A petition filed by a third party claiming interest in property which has been ordered forfeited to the United States must "be signed by the petitioner under penalty of perjury." 21 U.S.C. § 853(n)(3). "A claimant who fails to file a verified statement has no standing to contest a forfeiture." United States v. Loria, No. 3:08cr233-2, 2009 WL 3103771, at *2 (W.D.N.C. Sep. 21, 2009) (quoting United States v. $487,825,000 in U.S. Currency, 484 F.3d 662, 664-65 (3d Cir. 2007)). The Claim filed in the instant case is not verified by any of the alleged claimants and therefore must be dismissed.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Claim for Return of Seized Property [Doc. 17] is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: February 28, 2011

Martin Reidinger
United States District Judge