IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:11cr10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES W. "BILL" BAILEY, JR., ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Claimants' motion for admission of attorney William W. Wilkins as counsel *pro hac vice*.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Claimants' motion [Doc. 20] is **ALLOWED**, and William W. Wilkins is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**      Signed: March 25, 2011

Martin Reidinger
United States District Judge