IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:11cr10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JAMES W. "BILL" BAILEY, JR. ) | |

**THIS MATTER** is before the Court on the motion of Claimants Joan T. Johnstone and Joan T. Johnstone Real Estate IRA, LLC for admission of attorney Johnny Wayne Pierce as counsel *pro hac vice*. [Doc. 91].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Claimants' motion [Doc. 91] is **ALLOWED**, and Johnny Wayne Pierce is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: April 4, 2011

Martin Reidinger
United States District Judge