# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:11cr10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| JAMES W. "BILL" BAILEY, JR. ) | |
| ) | |

**THIS MATTER** is before the Court on the Motions for Leave filed by attorney T. Douglas Wilson, Jr. [Docs. 180, 181, 182].

Mr. Wilson represents Claimants AT 113, LLC; Terry R. Sloan Real Estate IRA, LLC; Terry R. Sloan Individual Retirement Account; Terry R. Sloan; David R. McCartney Real Estate IRA, LLC; David R. McCartney Individual Retirement Account; and David R. McCartney in this matter. He files these motions asking the Court not to set any hearing in these matters during the time period of June 2, 2011 through June 17, 2011, on account that he will be out of town during that time on a long-planned family vacation. Counsel represents that the Government takes no position on his request.

There being no objection to counsel's request, the Court will allow the motions.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Motions for Leave [Docs. 180, 181, 182] are **ALLOWED**, and no hearings shall be set with respect to the aforementioned claimants during the time period of June 2, 2011 through June 17, 2011.

**IT IS SO ORDERED**.

Signed: May 9, 2011

Martin Reidinger
United States District Judge