IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:11cr10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JAMES W. "BILL" BAILEY, JR. ) | |

**THIS MATTER** is before the Court on the Government's Motion for permission to have the Defendant execute certain documents on behalf of himself and his corporation, Southern Financial Services of North Carolina, Inc., in order to resign as Substitute Trustee of the Marcia W. Kelly Living Trust and as Executor of the Estate of Marcia W. Kelly. [Doc. 196].

For cause shown, the Government's motion will be allowed.

**IT IS, THEREFORE, ORDERED** that Government's Motion [Doc. 196] is **ALLOWED**.

**IT IS SO ORDERED**.

Signed: May 16, 2011

Martin Reidinger
United States District Judge