IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:11cr10

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JAMES W. "BILL" BAILEY, JR. | ) | |

**THIS MATTER** is before the Court on the Motion to Seal filed by Petitioner Home Trust Bank. [Doc. 193].

For cause shown, the Petitioner's motion will be allowed.

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion to Seal [Doc. 193] is **ALLOWED**.

**IT IS SO ORDERED**.

Signed: May 16, 2011

Martin Reidinger
United States District Judge