IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:11cr10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JAMES W. "BILL" BAILEY, JR. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Certain LLCs from Consent Order and Judgment of Forfeiture. [Doc. 206].

For cause shown, the Court will grant the Government's Motion.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 206] is **GRANTED** and paragraph VI of the Consent Order and Judgment of Forfeiture [Doc. 16] is hereby amended to read as follows:

> VI. Any and all assets titled in the name of LLCs established by Defendant and/or Southern Financial Services for the purpose of managing and/or purchasing assets, including the following assets:

Paragraphs VI-a through VI-zz remain unchanged except to the extent modified by any orders on Section 21 U.S.C. § 853(n) petitions in this case.

**IT IS SO ORDERED**.

Signed: June 10, 2011

Martin Reidinger
United States District Judge