# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:11cr10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JAMES W. "BILL" BAILEY, JR. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Property from Consent Order and Judgment of Forfeiture. [Doc. 234].

For cause shown, the Court will grant the Government's Motion.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 234] is **GRANTED** and paragraph VI-hh of the Consent Order and Judgment of Forfeiture [Doc. 16] is hereby deleted and the following property is dismissed from the Consent Order:

> "Any and all interest in the real property at 2440 Pleasant Dale Road, Norcross, Georgia or an entity that owns such real property."

**IT IS SO ORDERED**.

Signed: June 30, 2011

Martin Reidinger
United States District Judge