# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:11cr10

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **JAMES W. "BILL" BAILEY, JR.** ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte*.

Pursuant to 28 U.S.C. 636(b)(1)(B) and Local Rule LCrR 32.4, and in the interest of the efficient administration of justice,

**IT IS, THEREFORE, ORDERED,** this matter is hereby referred to the Honorable Dennis L. Howell, United States Magistrate Judge, for the purpose of conducting such ancillary proceedings as may be required to adjudicate the remaining third-party petitions which claim an interest in property that has been ordered forfeited to the United States, and to submit to the Court proposed findings of fact and recommendations for the disposition of such petitions.

**IT IS SO ORDERED**.

Signed: July 13, 2011

Martin Reidinger
United States District Judge