**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL CASE NO. 1:11cr10**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| JAMES W. "BILL" BAILEY, JR. ) | |
| ) | |

**THIS MATTER** is before the Court on the Order of the District Court referring this matter to the undersigned for the purpose of conducting such ancillary proceedings as may be required to adjudicate the remaining third-party petitions which claim an interest in property that has been ordered forfeited to the United States in this matter. [Doc. 239].

In accordance with the District Court's Order of Reference, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that the Clerk shall schedule the third-party petitions for hearing on **September 26, 27, 29, and 30, 2011**.

**IT IS FURTHER ORDERED** that each of the claimants shall file with the Court a witness list and exhibit list on or before **September 12, 2011**. The Government shall file a witness list and exhibit list with respect to each petition on or before **September 19, 2011**. The parties shall include with these filings an estimate of the time required for the presentation of evidence and argument for each petition.

**IT IS SO ORDERED**.

Signed: July 27, 2011

Dennis L. Howell
United States Magistrate Judge