IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:11cr10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) ) | |
| vs. ) ) ) | **O R D E R** |
| JAMES W. "BILL" BAILEY, JR. ) ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Certain Property from Consent Order and Judgment of Forfeiture. [Doc. 247].

For cause shown, the Court will grant the Government's Motion.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 247] is **GRANTED** and paragraph VI-ee and the language "Any and all interest in the Monroe Circle Real Estate Revocable Trust" is hereby removed from the Consent Order and Judgment of Forfeiture [Doc. 16].

**IT IS SO ORDERED**.

Signed: August 10, 2011

Martin Reidinger
United States District Judge