# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:11cr10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JAMES W. "BILL" BAILEY, JR. ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Court has scheduled the pending ancillary petitions to be heard the week of September 26-30, 2011. Given the limited time that the Court has to hear these petitions, the parties may have as little as twenty minutes per side to address each claim. In order to streamline the presentation of evidence and arguments, the Court concludes that the Government should respond in writing to the factual allegations and legal arguments asserted by the Petitioners.

## O R D E R

**IT IS, THEREFORE, ORDERED** that the Government is hereby **DIRECTED** to respond to the pending ancillary petitions on or before **September 2, 2011**.

**IT IS SO ORDERED**.

Signed: August 16, 2011

Dennis L. Howell
United States Magistrate Judge