# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:11cr10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> ) </br> vs. ) </br> ) </br> ) </br> JAMES W. "BILL" BAILEY, JR. ) </br> ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to stay the ancillary proceedings in this case pending resolution of the Sage Petitioners' Motion to Clarify [Doc. 226].

On April 8, 2011, the Court entered an Order [Doc. 164] adjudicating the ancillary claims filed by various petitioners (the "Sage Petitioners") related to certain certificated securities of Sage Automotive Interiors, Inc. Several of the Sage Petitioners have moved for reconsideration of this Order (hereinafter "Sage Order"), citing *inter alia* that information provided by the Government on which the Sage Order is based has proved to be incorrect, and also questioning the manner in which the Court arrived upon its conclusions. [Motion to Clarify, Doc. 226].

Upon review of the parties' filings, it appears to the Court that reconsideration of the Sage Order may have a significant impact on the manner in which the other pending ancillary claims are addressed by the parties and resolved by this Court. In reconsidering the Sage Order the Court may cause other litigants to modify the manner in which they proceed herein. Additionally, allowing for the entry of an order regarding the Motion to Clarify may allow for a more uniform application of the law among all claimants in this matter. Accordingly, the Court will stay all further ancillary proceedings pending resolution of the Sage Petitioners' Motion to Clarify.

Accordingly, **IT IS, THEREFORE, ORDERED** that the ancillary proceedings in this matter are hereby **STAYED** pending disposition of the Sage Petitioners' Motion to Clarify.

**IT IS SO ORDERED**.

Signed: September 6, 2011

Martin Reidinger
United States District Judge