# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CRIMINAL CASE NO. 1:11cr10

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **JAMES W. "BILL" BAILEY, JR.** ) | |
| ) | |

**THIS MATTER** is before the Court on the Order of the District Court staying the ancillary proceedings in this case.

In accordance with the District Court's Order, the undersigned hereby enters the following Order.

### O R D E R

**IT IS, THEREFORE, ORDERED** that the deadlines for the filing of witness lists and exhibits lists are hereby **SUSPENDED** pending further order of the court.

**IT IS FURTHER ORDERED** that the hearings on the third-party petitions, which had been scheduled for September 26, 27, 29, and 30, 2011, are hereby **CONTINUED** pending further order of the court.

**IT IS SO ORDERED**.

Signed: September 6, 2011

Dennis L. Howell
United States Magistrate Judge