**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL CASE NO. 1:11cr10**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **JAMES W. "BILL" BAILEY, JR.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's Motion for Order Modifying Protective Order [Doc. 581].

The Government moves for an Order modifying the Protective Order previously entered in this case [Doc. 228] so as to allow the Government to comply with a North Carolina State Bar subpoena and disclose documents to the Bar for use in a Grievance Inquiry. Specifically, the Government proposes modification whereby the Bar may receive documents otherwise subject to the Protective Order and use those documents in a proceeding before the Grievance Committee of the North Carolina State Bar, provided that the Bar redacts and otherwise protects the confidentiality of information as set forth in the Protective Order, and uses the documents only in the Grievance Committee proceeding. [Doc. 581].

For cause shown, the Government's Motion will be allowed.

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Order Modifying Protective Order [Doc. 581] is **ALLOWED**, and the Protective Order [Doc. 228] is hereby **MODIFIED** so as to allow the Government to disclose documents subject to the Protective Order to the North Carolina State Bar for use in proceedings before the Grievance Committee of the North Carolina Stat Bar, provided that the Bar maintains the confidentiality of such documents, uses the documents only in the proceedings before the Grievance Committee, and agrees to be bound by the terms of the Protective Order.

**IT IS SO ORDERED**.

Signed: October 9, 2012

Martin Reidinger
United States District Judge