# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:11cr10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JAMES W. "BILL" BAILEY, JR. ) | |

**THIS MATTER** is before the Court on the Motion for Leave to Allow Defendant, on Behalf of Southern Financial Services of North Carolina, Inc., to Resign as Trustee for The Mary Sue Sorrell Living Trust [Doc. 582], filed by the beneficiaries of that Trust, Marilyn Blanchard, Timothy Moultrie, and Marya Renee Moultrie ("Beneficiaries"). Neither the Defendant nor the Government opposes the Beneficiaries' Motion.

For cause shown, the Beneficiaries' Motion will be allowed.

**IT IS, THEREFORE, ORDERED** that the Motion for Leave to Allow Defendant, on Behalf of Southern Financial Services of North Carolina, Inc., to Resign as Trustee for The Mary Sue Sorrell Living Trust [Doc. 582] is **ALLOWED**, and the Defendant is hereby granted leave to execute, on behalf

of Southern Financial Services of North Carolina, Inc., a resignation as Trustee of The Mary Sue Sorrell Trust.

**IT IS SO ORDERED**.

Signed: October 9, 2012

Martin Reidinger
United States District Judge