**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:11-cr-00010-MR-DLH**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **JAMES W. "BILL" BAILEY, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

    **THIS MATTER** is before the Court on Petitioner Dirk K. Pieper's Motion for Reconsideration [Doc. 444].

    For the reasons stated in the Court's Orders entered on February 22, 2012, and February 25, 2013 [Docs. 331 and 598], the Court concludes that Petitioner Pieper's Motion for Reconsideration should be granted.

    Accordingly, **IT IS, THEREFORE, ORDERED** that Petitioner Dirk K. Pieper's Motion for Reconsideration [Doc. 444] is **GRANTED**; Petitioner Pieper's Claim [Doc. 31] is **GRANTED**; and the Consent Order and Judgment of Forfeiture entered February 16, 2011 [Doc. 16] is hereby **AMENDED** to reflect the superior right of Petitioner Dirk K. Pieper in the

certificated securities of Sage Automotive Interiors, Inc. titled in the name of his individual retirement account.

**IT IS FURTHER ORDERED** that the Government shall make immediate return of the full value of the sale proceeds of such certificated securities to Petitioner Pieper.

**IT IS SO ORDERED.**

Signed: February 25, 2013

Martin Reidinger
United States District Judge