THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:11-cr-00010-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **WRIT OF EXECUTION** |
| ) | |
| JAMES W. "BILL" BAILEY, JR., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**TO THE UNITED STATES MARSHAL**

**AND ATTORNEY SCOTT CARTER:**

An Amended Judgment was entered on April 29, 2013, in the United States District Court for the Western District of North Carolina in favor of the United States of America and against the Defendant James W. Bailey, Jr., whose last known address was in Arden, North Carolina, 28704, in the sum of $15,451,801.00. The balance on the account as of May 6, 2013, is $15,451,801.00.

**THEREFORE, YOU ARE HEREBY COMMANDED** to levy and/or execute on property and Attorney Scott Carter is commanded to turn over property in which the Defendant James W. Bailey, Jr., whose Social

Security Number ends in 0668, has a substantial non-exempt interest, said property being funds remaining from the foreclosure of real property commonly known as Old Leicester Highway, Asheville, North Carolina Parcel Identification Number 9710-57-5238, owned by AVL Properties LLC, such funds being held at the following location:

Scott Carter, PC
Attorney at Law
P.O. Box 8308
Asheville, North Carolina 28814

**IT IS SO ORDERED.**

Signed: June 8, 2013

Martin Reidinger
United States District Judge