# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CASE NO. 1:11cr10

United States of America,

      Plaintiff,

V

James W. Bailey, Jr.;
Et al,

      Defendants.

## ORDER

This matter is before the Clerk for purposes of transferring funds from the Trial Balance of Treasury Registry Fund to the Deposit Fund for the purpose of restitution to the victims in this case per the "Judgment" of this court filed March 28, 2013, and the sealed victim list filed April 16, 2013.

The Clerk has determined that there is a case balance of $10,970.40 in the Trial Balance of Treasury Registry Fund. Therefore, the Clerk shall transfer these funds to the Deposit Fund of this court for the purpose of disbursement to the victims as identified on the sealed victim list.

Signed: September 26, 2013

Frank G. Johns, Clerk
United States District Court