# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## Criminal Case Number 1:11-cr-00010-MR

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **JAMES W. BAILEY, JR.,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Allow Payment of Remaining Attorney's Fees Directly to Petitioner Michael Mehaffey. [Doc. 790].

For the reasons stated in the Government's motion, and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Allow Payment of Remaining Attorney's Fees Directly to Petitioner Michael Mehaffey [Doc. 790] is **GRANTED**, and the Court's Order awarding EAJA fees [Doc. 778] is hereby **AMENDED** to the extent that it orders payment to the Mehaffey Petitioners as follows: the order for payment jointly and severally to the Mehaffey Petitioners is stricken, and the Government shall

make a payment of $19,453.40 only to Mr. Michael Mehaffey, the individual petitioner.

**IT IS SO ORDERED.**

**Signed: April 26, 2016**

Martin Reidinger
United States District Judge