# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CRIMINAL CASE NO. 1:11-cr-00010-MR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JAMES W. "BILL" BAILEY, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)." [Doc. 803].

By the present motion, the Defendant moves for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), citing his deteriorating health and other "extraordinary and compelling" reasons. [Doc. 803].

The Court will direct the Government to make its best efforts to reasonably, accurately, and timely notify the victims of the Defendant's offenses of his compassionate release request, unless such victim requested not to be notified. See U.S.S.G. § 1B1.13 n.2 (encouraging the Court to provide notice and opportunity to be heard to victims prior to ruling on a compassionate release request). Any victim who wishes to be heard regarding the Defendant's compassionate release request may submit a

written response to the Government. Counsel for the Government may then submit those written responses, along with the Government's response to the Defendant's motion, within sixty (60) days of the entry of this Order.

**IT IS, THEREFORE, ORDERED** that the Government shall make its best efforts to reasonably, accurately, and timely notify the victims of the Defendant's offenses of his compassionate release request, unless such victim requested not to be notified.

**IT IS FURTHER ORDERED** that the Government shall submit any written responses received from victims, along with its own response to the Defendant's motion, within sixty (60) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: December 5, 2023

Martin Reidinger
Chief United States District Judge